# Exhibit 1



OFFICE OF THE DEAN OF STUDENTS

100 West Dean Keeton Street A5800 • Austin, TX 78712 • (512) 471-5017 • FAX (512) 471-7833
deanofstudents.utexas.edu • deanofstudents@austin.utexas.edu

June 14, 2024

Arwyn Heilrayne
Sent electronically to ARWYN.HEILRAYNE@GMAIL.COM

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024132334

Notice to Arwyn Heilrayne:

Student Conduct and Academic Integrity in the Office of the Dean of Students has received information indicating that you were involved in an incident that may violate University policy. We write today to initiate the conduct process under Section 11-500 of the Institutional Rules.

**Details of the Referral**

- Date of Incident: Wednesday, April 24, 2024
- Location of Incident: University of Texas at Austin, Campus Property
- Semester and Year: Spring 2024
- Brief Incident Description: On Wednesday, April 24, 2024, the student participated in an event that disrupted/interfered with operations and violated university rules and policies. Multiple University officials told the group to disperse numerous times, but participants refused to follow these orders. To gain compliance and eliminate the disruption, officials had to remove the student and others from campus involuntarily.

- Student's Alleged Violations:

  o   11-402(a)(19)(a) Failure to Comply - failure to comply with the directives of any university official(s) acting in the performance of their duties, and who has the authorization to issue such directives.

  o   11-402(a)(18)(a) Disruptive Conduct - engages in conduct that interferes with or disrupts any teaching, research, administrative, disciplinary, public service, learning, or other authorized activity.

**Exchange of Documents**

Attached are the relevant documents and other information regarding your case. As explained

1

below, you submit your written statement to scai@austin.utexas.edu. You should also submit any relevant documents and any documents supporting your written statement.

**Written Response**

You may provide a written statement addressing the allegations. While you are free to include any relevant information, we ask that you address the attached prompts/questions. You must submit your statement to scai@austin.utexas.edu by 5:00 p.m. on **Wednesday, June 26, 2024**. Late submissions will not be accepted.

**Communicating with Our Office**

Given the number of pending matters, we cannot facilitate calls or walk-in appointments. Please send all communications and questions to scai@austin.utexas.edu.

For more information on the University's student conduct process, Student Conduct and Academic Integrity, and/or to access the Institutional Rules, visit our website.


Sincerely,

Student Conduct and Academic Integrity

Office of the Dean of Students

2

## **Written Statement Prompts**

Describe the events that led up to your removal from campus.

Why did you not disperse?

In your view, is it appropriate to engage in conduct that prevents universities from performing their daily functions? Please explain your answer.

In your view, is it appropriate to occupy a space on campus in a way that excludes other students? Please explain your answer.

In your view, is it appropriate to create encampments in spaces on campus?

In your view, is it appropriate to ignore university policies regarding restrictions regarding the time, place, and manner in which a person is permitted to engage in expressive conduct on campus?

Do you agree that your conduct on the day in question was disruptive and/or interfered with teaching, research, administrative, disciplinary, public service, learning, or other authorized activity? Please explain your answer.

Did you intend to be disruptive and/or interfere with teaching, research, administrative, disciplinary, public service, learning, or other authorized activity? Please explain your answer.

If given the ability to relive the day in question, would you do anything differently? Please explain your answer.

What would you tell a fellow student who had their lives or education negatively impacted by your conduct?

How did you learn about the event on the day in question?

Is there any other information you would like us to consider?

NO. _____

THE STATE OF TEXAS

COUNTY OF TRAVIS

X
X
X

JUSTICE OF THE PEACE
PRECINCT # 5
TRAVIS COUNTY, TEXAS

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant who after being duly sworn by me, on oath, makes the following statement:

I, Officer ████████, have good reason to believe and do believe that Arwyn Ree Heilrayne on or about the 24th day of April, 2024 at ___:___ AM/PM, did commit the offense of Criminal Trespass - **Class B Misdemeanor**. My belief of the foregoing statement is based upon personal knowledge.

I, Officer ████████ observed the aforementioned accused person enter or remain at 2100 Speedway, Travis, State of Texas, property belonging to University of Texas, City of Austin, County of _____, and observed the following:

The aforesaid accused did knowingly and intentionally enter and remain on the above premises without the effective consent of the owner, University of Texas, and either:

☑ Received notice to depart but failed to do so, or
☐ Had prior notice that the entry was forbidden.

The aforesaid accused has been issued ___ prior Criminal Trespass Warning(s). The latest being:

Date/Time: ___/___  Location: _____  ☐ and all UT locations
Date/Time: ___/___  Location: _____  ☐ and all UT locations
Date/Time: ___/___  Location: _____  ☐ and all UT locations

Additional probable cause remarks: Given notice of dispersal and refused to leave property

Arwyn Ree Heilrayne committed the offense of **Criminal Trespass (Class B misdemeanor)** when they entered the property without the effective consent of the owner after having notice that entry was forbidden. I am a commissioned police officer employed by the University of Texas at Austin Police Department in Austin, Travis County, Texas.

Affiant ████████

SWORN AND SUBSCRIBED to before me by the said affiant on this the 24th day of April, 2024

_____
Magistrate
Travis County, Texas

_____
Peace Officer

On this the ___ day of _____, 20___ I hereby acknowledge that I have examined the foregoing affidavit and have determined that probable cause exists for the issuance of an arrest warrant for the individual accused therein.

_____
Magistrate
(Municipal) (Justice) (County) Court
(City of Austin) (Pct. or CC at Law #__)
Travis County, Texas

4

## INCIDENT/INVESTIGATION REPORT

*University Of Texas At Austin*

Case #

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:    *None*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA:              *University Of Texas At Austin*

**N A R R A T I V E**

On 4/24/2024 protestors occupied Speedway Pedestrian Mall and South Mall. After multiple dispersal orders, multiple arrests were made by those ignoring the order.

The group had ignored and defied two orders of dispersal, and I advised our UTPD team to begin arrests of the group. DPS mobile field force team and bike unit moved over to 21st and Speedway as arrests began to assist with a crowd that quickly began to grow and encircle the officers. UTPD Patrol units arrived to assist with transporting the arrestees a long with the Austin Police Department with their paddy wagon.

 After the arrestees began leaving the area, a group of protestors began to make their way from Speedway onto Inner Campus Drive heading towards the South Mall where they began to congregate and chant. Dispersal orders were given through a PA system, social media and the siren system. The UTPD mobile field force teams transitioned to arrest teams and with the assistance of DPS mobile field force team, DPS bikes and Austin Police Department began to make arrests.

# REPORTING OFFICER NARRATIVE

| University Of Texas At Austin | | | OCA |
|---|---|---|---|
| Victim<br>UNIVERSITY OF TEXAS AT AUSTIN | Offense<br>GRAFFITI | | Date / Time Reported<br>Wed 04/24/2024 11:52 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On April 24, 2024 at about 11:52am, the University of Texas at Austin Police Department was made aware that a group of people belonging to the organization Palestinian Solidarity Committee (PSC) was organizing on the Gregory Gym Plaza (2101 Speedway, Austin TX 78712). PSC was advised the day prior (April 23rd) by Dean of Students, due to the intent to violate University of Texas rules and policies, their event was cancelled and no longer allowed to carry on.

Upon arrival to the Gregory Gym Plaza, a large group had already begun to congregate. They had already received approximately 4 warnings from Dean of Students prior to UTPD arrival as well as within my presence to disperse at about 11:55.

At 12:00 the large group of about 150-200 people defied the request and began to march and chant southbound on Speedway. The Texas Department of Public Safety Bike unit rode ahead of the group in an attempt to stop the group from continuing to march. The Mounted Unit from the Department of Public Safety (DPS) arrived and stationed behind the group on Speedway. The group remained stationary in this location and continued to chant. A request was made for DPS mobile field force team to come assist. While waiting for DPS mobile filed force team to set up, the decision was made to announce a dispersal order for the group that had begun marching.

After the DPS mobile field force time set up on the north side of the group and the DPS Bike unit was set up on the south side of the group, a dispersal order was given over a DPS loudspeaker advising the group their conduct was in violation of Penal Code Sections 42.01 Disorderly Conduct, 42.02 Riot, 42.03 Obstructing a Highway or other passageway and 30.05 Criminal Trespass and given 10 minutes to leave the area.

The crowd began to disperse and leave the area. A majority of them regrouped and began to march and chant again south from Speedway onto Jester Circle, where DPS Bike Unit had them stopped at Brazos St. Another order was given for group to disperse and told to go east or west from their current location. The group began to disperse. A fraction of the crowd regrouped back on Speedway and began to chant and march walking northbound. UTPD had officers moving towards the Main Tower just in case the group attempts to occupy that area.

At this point the group had ignored and defied two orders of dispersal, and I advised our UTPD team to begin arrests of the group. DPS mobile field force team and bike unit moved over to 21st and Speedway as arrests began to assist with a crowd that quickly began to grow and encircle the officers. UTPD Patrol units arrived to assist with transporting the arrestees a long with the Austin Police Department with their paddy wagon. During this time, I was advised by Sgt. ▇▇▇▇ some in the crowd were picking up the horse excrement from DPS Mounted unit and throwing it officers. Ofc. ▇▇▇▇ was also head butted by an arrestee causing injury (bloody nose).

After the arrestees began leaving the area, a group of protestors began to make their way from Speedway onto Inner Campus Drive heading towards the South Mall where they began to congregate and chant. Dispersal orders were given through a PA system, social media and the siren system. The UTPD mobile field force teams transitioned to arrest teams and with the assistance of DPS mobile field force team, DPS bikes and Austin Police Department began to make arrests. Once the south mall was cleared, all officers pulled back away from the area with the exception of a few UTPD officers to monitor the south mall.

The crowd fizzled out and eventually left the area later that night without issue.

| Reporting Officer: ▇▇▇▇<br>R_CS3NC | Printed By: ▇▇▇▇ 6 | 05/29/2024 12:40 | Page 4 |
|---|---|---|---|

**REPORTING OFFICER NARRATIVE**

| University Of Texas At Austin | | | OCA |
|---|---|---|---|
| Victim<br>*UNIVERSITY OF TEXAS AT AUSTIN* | Offense<br>*GRAFFITI* | | Date / Time Reported<br>*Wed 04/24/2024 11:52* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

███████████████████████████████

Nothing further









*University Of Texas At Austin*                                                    OCA: ███

<mark>THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY</mark>

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *04/24/2024*
**Offense:** *GRAFFITI*

**Investigator:** ███                          **Date / Time:** *05/02/2024 12:18:41, Thursday*
**Supervisor:** ███                            **Supervisor Review Date / Time:** *05/02/2024 15:55:38, Thursday*
**Contact:**                                   **Reference:** *Uniform*

███

1:10:04 pm - Sgt ███ issued an additional dispersal order was given via the P.A. system to the crowd.

1:13:09 pm - Sgt ███ identified a female in that was agitating the crowd. Ofc. ███ and I moved in and took her into custody. This female, who was later identified as:

Heilrayne, Arwyn W/F 10/16/2004 *STUDENT*

Attempted to turn and flee, but was quickly apprehended by Ofc. ███. I took control of her right arm and we escorted her back into the inner perimeter of the DPS MFF. Once inside, as we prepared to remove her backpack, Heilrayne pulled forward against my grip, but I was able to maintain control of her arm and utilized a wrist lock to maintain control of her arm until the backpack was removed and she was placed in flexcuffs. When I utilized the wristlock, Heilrayne, who had been steadily repeating her name, said "ow" a few times and ceased any attempts to pull her arms forward. Once the backpack was removed and her hand placed in flexcuffs, I released the wristlock. I later notified Sgt. ███ of this reportable use of force. (AIM 24-UOF-019)

Heilrayne was passed off to Ofc. ███ and ███ to search and prep for transport. While waiting for transport, Heilrayne began to complain about the flex-cuffs being too tight causing her hand to fall asleep. I looked and saw that her left hand appeared paler than the other. Ofc. ███ then cut the left flex-cuff and reapplied a new one. We also had a DPS medic look at her to ensure that circulation had restored.

███

**Investigator Signature**                                    **Supervisor Signature**

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2024  12:40

*University Of Texas At Austin*                                                  OCA: ██████

<mark>THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY</mark>

| | | |
|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *CLEARED BY ARREST* | **Occurred:** *04/24/2024* |
| **Offense:** *GRAFFITI* | | |

**Investigator:** ██████████ 1)  **Date / Time:** *05/01/2024 15:34:19, Wednesday*
**Supervisor:** ██████████  **Supervisor Review Date / Time:** *05/07/2024 11:22:14, Tuesday*
**Contact:**  **Reference:** *Uniform*

[redacted]

After she was placed in the rear of the patrol unit, we began to look to see who was trying to agitate the crowd. The next person we approached at 1:13pm was,

Heilrayne, Arwyn o/f 10/16/2004 (student),

Who was leading chants and trying to incite the crowd. When officers grabbed Heilrayne she immediately began screaming and continued to scream as we were putting on the flex cuffs. From my vantage point, officers were doing no more than just holding Heilrayne as I put on the flex cuffs. ████ then complained about the flex cuffs being too tight, so I then cut them off and put new ones on to make sure they were loose enough. A DPS medic came over just to evaluate her to make sure there were no issues. At this time Heilrayne stated that once we swapped the flex cuffs her hands felt better. Heilrayne was then passed off to other officers to be put in the back of the police car for transport to jail. ████ was under arrest for Criminal Trespass, as she was making no attempt to leave after having been given the dispersal order earlier. Subject was then transported to the processing area and handed off.

[redacted]

_____                     _____
Investigator Signature                              Supervisor Signature

12



13