# Exhibit 3



OFFICE OF THE DEAN OF STUDENTS

100 West Dean Keeton Street A5800 • Austin, TX 78712 • (512) 471-5017 • FAX (512) 471-7833
deanofstudents.utexas.edu • deanofstudents@austin.utexas.edu

June 14, 2024

Iliana Medrano
Sent electronically to imedrano@utexas.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024132312

Notice to Iliana Medrano:

Student Conduct and Academic Integrity in the Office of the Dean of Students has received information indicating that you were involved in an incident that may violate University policy. We write today to initiate the conduct process under Section 11-500 of the Institutional Rules.

**Details of the Referral**

- Date of Incident: Wednesday, April 24, 2024
- Location of Incident: University of Texas at Austin, Campus Property
- Semester and Year: Spring 2024
- Brief Incident Description: On Wednesday, April 24, 2024, the student participated in an event that disrupted/interfered with operations and violated university rules and policies. Multiple University officials told the group to disperse numerous times, but participants refused to follow these orders. To gain compliance and eliminate the disruption, officials had to remove the student and others from campus involuntarily.

- Student's Alleged Violations:

  o  11-402(a)(19)(a) Failure to Comply - failure to comply with the directives of any university official(s) acting in the performance of their duties, and who has the authorization to issue such directives.

  o  11-402(a)(18)(a) Disruptive Conduct - engages in conduct that interferes with or disrupts any teaching, research, administrative, disciplinary, public service, learning, or other authorized activity.

**Exchange of Documents**

Attached are the relevant documents and other information regarding your case. As explained

below, you submit your written statement to scai@austin.utexas.edu. You should also submit any relevant documents and any documents supporting your written statement.

**Written Response**

You may provide a written statement addressing the allegations. While you are free to include any relevant information, we ask that you address the attached prompts/questions. You must submit your statement to scai@austin.utexas.edu by 5:00 p.m. on **Wednesday, June 26, 2024**. Late submissions will not be accepted.

**Communicating with Our Office**

Given the number of pending matters, we cannot facilitate calls or walk-in appointments. Please send all communications and questions to scai@austin.utexas.edu.

For more information on the University's student conduct process, Student Conduct and Academic Integrity, and/or to access the Institutional Rules, visit our website.

Sincerely,

Student Conduct and Academic Integrity

Office of the Dean of Students

## **Written Statement Prompts**

Describe the events that led up to your removal from campus.

Why did you not disperse?

In your view, is it appropriate to engage in conduct that prevents universities from performing their daily functions? Please explain your answer.

In your view, is it appropriate to occupy a space on campus in a way that excludes other students? Please explain your answer.

In your view, is it appropriate to create encampments in spaces on campus?

In your view, is it appropriate to ignore university policies regarding restrictions regarding the time, place, and manner in which a person is permitted to engage in expressive conduct on campus?

Do you agree that your conduct on the day in question was disruptive and/or interfered with teaching, research, administrative, disciplinary, public service, learning, or other authorized activity? Please explain your answer.

Did you intend to be disruptive and/or interfere with teaching, research, administrative, disciplinary, public service, learning, or other authorized activity? Please explain your answer.

If given the ability to relive the day in question, would you do anything differently? Please explain your answer.

What would you tell a fellow student who had their lives or education negatively impacted by your conduct?

How did you learn about the event on the day in question?

Is there any other information you would like us to consider?

THE STATE OF TEXAS  X
COUNTY OF TRAVIS   X
                   X

JUSTICE OF THE PEACE
PRECINCT # 5
TRAVIS COUNTY, TEXAS

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:

I, Officer ███████, have good reason to believe and do believe that Iliana Medrano on or about the 24 day of April, 2024 at 04:00 AM/PM, did commit the offense of **Criminal Trespass - Class B Misdemeanor**. My belief of the foregoing statement is based upon personal knowledge.

I, Officer ███████ observed the aforementioned accused person enter or remain at 2200 Speedway, City of Austin, County of Travis, State of Texas, property belonging to University of Texas and observed the following:

The aforesaid accused did knowingly and intentionally enter and remain on the above premises without the effective consent of the owner, University of Texas, and either:

☑ Received notice to depart but failed to do so, or
☐ Had prior notice that the entry was forbidden.

The aforesaid accused has been issued ____ prior Criminal Trespass Warning(s). The latest being:

Date/Time: ____/____ Location: _____ ☐ and all UT locations
Date/Time: ____/____ Location: _____ ☐ and all UT locations
Date/Time: ____/____ Location: _____ ☐ and all UT locations

Additional probable cause remarks: Medrano was notified to disperse from property and failed to do so

Iliana Medrano committed the offense of **Criminal Trespass (Class B misdemeanor)** when they entered the property without the effective consent of the owner after having notice that entry was forbidden. I am a commissioned police officer employed by the University of Texas at Austin Police Department, in Austin, Travis County, Texas.

Affiant

SWORN AND SUBSCRIBED to before me by the said affiant on this the 24 day of April, 2024.

_____
Magistrate
Travis County, Texas

Peace Officer

On this the ____ day of _____, 20____ I hereby acknowledge that I have examined the foregoing affidavit and have determined that probable cause exists for the issuance of an arrest warrant for the individual accused therein.

Magistrate
(Municipal) (Justice) (County) Court
(City of Austin) (Pct. or CC at Law #___)
Travis County, Texas

4

# INCIDENT/INVESTIGATION REPORT

*University Of Texas At Austin*

Case #

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:  *None*

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA:    *University Of Texas At Austin*

**NARRATIVE**

On 4/24/2024 protestors occupied Speedway Pedestrian Mall and South Mall. After multiple dispersal orders, multiple arrests were made by those ignoring the order.

The group had ignored and defied two orders of dispersal, and I advised our UTPD team to begin arrests of the group. DPS mobile field force team and bike unit moved over to 21st and Speedway as arrests began to assist with a crowd that quickly began to grow and encircle the officers. UTPD Patrol units arrived to assist with transporting the arrestees a long with the Austin Police Department with their paddy wagon.

 After the arrestees began leaving the area, a group of protestors began to make their way from Speedway onto Inner Campus Drive heading towards the South Mall where they began to congregate and chant. Dispersal orders were given through a PA system, social media and the siren system. The UTPD mobile field force teams transitioned to arrest teams and with the assistance of DPS mobile field force team, DPS bikes and Austin Police Department began to make arrests.

# REPORTING OFFICER NARRATIVE

| University Of Texas At Austin | | | OCA |
|---|---|---|---|
| Victim<br>UNIVERSITY OF TEXAS AT AUSTIN | Offense<br>GRAFFITI | | Date / Time Reported<br>Wed 04/24/2024 11:52 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On April 24, 2024 at about 11:52am, the University of Texas at Austin Police Department was made aware that a group of people belonging to the organization Palestinian Solidarity Committee (PSC) was organizing on the Gregory Gym Plaza (2101 Speedway, Austin TX 78712). PSC was advised the day prior (April 23rd) by Dean of Students, due to the intent to violate University of Texas rules and policies, their event was cancelled and no longer allowed to carry on.

Upon arrival to the Gregory Gym Plaza, a large group had already begun to congregate. They had already received approximately 4 warnings from Dean of Students prior to UTPD arrival as well as within my presence to disperse at about 11:55.

At 12:00 the large group of about 150-200 people defied the request and began to march and chant southbound on Speedway. The Texas Department of Public Safety Bike unit rode ahead of the group in an attempt to stop the group from continuing to march. The Mounted Unit from the Department of Public Safety (DPS) arrived and stationed behind the group on Speedway. The group remained stationary in this location and continued to chant. A request was made for DPS mobile field force team to come assist. While waiting for DPS mobile filed force team to set up, the decision was made to announce a dispersal order for the group that had begun marching.

After the DPS mobile field force time set up on the north side of the group and the DPS Bike unit was set up on the south side of the group, a dispersal order was given over a DPS loudspeaker advising the group their conduct was in violation of Penal Code Sections 42.01 Disorderly Conduct, 42.02 Riot, 42.03 Obstructing a Highway or other passageway and 30.05 Criminal Trespass and given 10 minutes to leave the area.

The crowd began to disperse and leave the area. A majority of them regrouped and began to march and chant again south from Speedway onto Jester Circle, where DPS Bike Unit had them stopped at Brazos St. Another order was given for group to disperse and told to go east or west from their current location. The group began to disperse. A fraction of the crowd regrouped back on Speedway and began to chant and march walking northbound. UTPD had officers moving towards the Main Tower just in case the group attempts to occupy that area.

At this point the group had ignored and defied two orders of dispersal, and I advised our UTPD team to begin arrests of the group. DPS mobile field force team and bike unit moved over to 21st and Speedway as arrests began to assist with a crowd that quickly began to grow and encircle the officers. UTPD Patrol units arrived to assist with transporting the arrestees a long with the Austin Police Department with their paddy wagon. During this time, I was advised by Sgt. ▇▇▇▇ some in the crowd were picking up the horse excrement from DPS Mounted unit and throwing it officers. Ofc. ▇▇▇▇ was also head butted by an arrestee causing injury (bloody nose).

After the arrestees began leaving the area, a group of protestors began to make their way from Speedway onto Inner Campus Drive heading towards the South Mall where they began to congregate and chant. Dispersal orders were given through a PA system, social media and the siren system. The UTPD mobile field force teams transitioned to arrest teams and with the assistance of DPS mobile field force team, DPS bikes and Austin Police Department began to make arrests. Once the south mall was cleared, all officers pulled back away from the area with the exception of a few UTPD officers to monitor the south mall.

The crowd fizzled out and eventually left the area later that night without issue.

| Reporting Officer: ▇▇▇▇<br>R_CS3NC | Printed By: ▇▇▇▇ 6 | 05/29/2024 12:40 | Page 4 |
|---|---|---|---|

**REPORTING OFFICER NARRATIVE**

| University Of Texas At Austin | | OCA |
|---|---|---|
| Victim<br>*UNIVERSITY OF TEXAS AT AUSTIN* | Offense<br>*GRAFFITI* | Date / Time Reported<br>*Wed 04/24/2024 11:52* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Nothing further









**CASE SUPPLEMENTAL REPORT**                                  Printed: 05/29/2024 12:40

*University Of Texas At Austin*                                              OCA: ▮

<mark>THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY</mark>

| | | |
|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *CLEARED BY ARREST* | **Occurred:** *04/24/2024* |
| **Offense:** *GRAFFITI* | | |

| | | |
|---|---|---|
| **Investigator:** ▮ | **Date / Time:** *05/02/2024 12:18:41, Thursday* | |
| **Supervisor:** ▮ | **Supervisor Review Date / Time:** *05/02/2024 15:55:38, Thursday* | |
| **Contact:** | **Reference:** *Uniform* | |

[redacted]

3:01:19 pm - Ofc ▮ attempted to pull:

Medrano, Iliana W/F 12/10/1996 *STUDENT*

from crowd. Several others attempted to grab ahold of her backpack and arms to prevent officers from removing her. I gave loud verbal commands for the crowd to move back and used physical strength to push them back. The main person resisting the arrest of Medrano was a W/M in a blue t-shirt. After Medrano was secured and I was able to look for that subject, I was unable to locate him and take him into custody. I informed Sgt ▮ about this and since I wasn not able to identify him, I did not complete a use of force form for this encounter. This subject's attempts to prevent us from taking Medrano can be more clearly seen on Ofc ▮'s video. I then assisted in walking ▮ to the processing area where I turned her over to Ofc ▮. We then were given a break to rehab and hydrate.

[redacted]

| Investigator Signature | Supervisor Signature |
|---|---|

11

Page 94

## CASE SUPPLEMENTAL REPORT

Printed: 05/29/2024 12:40

*University Of Texas At Austin*   OCA: ▮

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

| | | |
|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *CLEARED BY ARREST* | **Occurred:** *04/24/2024* |
| **Offense:** *GRAFFITI* | | |

**Investigator:** ▮   **Date / Time:** *05/03/2024 08:06:07, Friday*
**Supervisor:** ▮   **Supervisor Review Date / Time:** *05/07/2024 14:15:35, Tuesday*
**Contact:**   **Reference:** *Uniform*



1501 hrs - I observe ▮ pull Iliana Medrano from the front of the crowd on the South lawn who was locking her arms with people around her. It appeared that people around her were interfering with the arrest. I assisted him with pulling her away. While pulling her she put her hands up and began to walk backwards. With us pulling her and her turning and walking backwards, it appeared that she fell backwards onto the ground. She was quickly turned to her stomach where we removed her backpack, and she was handcuffed. I did not observe a use of force.



Investigator Signature   Supervisor Signature

12

Page 107

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2024  12:40

*University Of Texas At Austin*    OCA: ███

<mark>THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY</mark>

| | | |
|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *CLEARED BY ARREST* | **Occurred:** *04/24/2024* |
| **Offense:** *GRAFFITI* | | |
| **Investigator:** ███ | **Date / Time:** *05/01/2024 15:34:19, Wednesday* | |
| **Supervisor:** ███ | **Supervisor Review Date / Time:** *05/07/2024 11:22:14, Tuesday* | |
| **Contact:** | **Reference:** *Uniform* | |

Once we were back at the protestors at the South lawn, at 3:01pm, we again saw several individuals locking arms attempting to make a human chain and to prevent officers from arresting them. We then approached;

   Medrano, Illiana h/f 12/10/96 (student).

As we grabbed Medran by the arm, she began to resist by pulling back away from us, thus trying to prevent us from taking control of her. As I pulled for several seconds, Sgt. ███ then grabbed Medrano by the left arm and began pulling her away from the crowd. As we did, Medrano began to fall to the ground. Once on the ground, Medrano was then placed in flex cuffs. Medrano was under arrest for Criminal Trespass, as she was making no attempt to leave, by standing still locking arms with other people, after having been given multiple dispersal orders prior. Medrano was then transported to the processing area and handed off.



Athough the Criminal Trespasses were filed by IMD, further charges should be followed up as well.

DMAV recorded all arrests and actions.

NOI for this day.

Investigator Signature    Supervisor Signature

13

Page 77