IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HEILRAYNE, ET AL., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 1:25-CV-00640-DAE |
| UNIVERSITY OF TEXAS, ET AL., | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is a *Joint Motion to Adjust Page Limits for Motion to Dismiss, Response, and Reply Briefs*. In the motion, the parties, except for Christopher Wray, jointly ask the Court to expand the page limits for briefing on a motion to dismiss that the moving Defendants intend to file jointly under Federal Rule of Civil Procedure 12(b), along with Plaintiffs' response and any reply. The Count finds said motion meritorious.

Accordingly, the Court **GRANTS** the motion, and **ORDERS** that: (1) the moving Defendants have leave to file a combined motion to dismiss of up to 60 pages, (2) Plaintiffs have leave to file a response to that combined motion of up to 60 pages, and (3) the moving Defendants have leave file a reply of up to 25 pages. It is further **ORDERED** that the adjusted pages limits be exclusive of the case caption, tables of contents and authorities, signature blocks, certificates, and any attachments.

**DATED**: Austin, Texas, May 22, 2025.

_____
David Alan Ezra
Senior United States District Judge