**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ARWYN HEILRAYNE, et al.,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **Case No. 1:25-CV-640-DAE** |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN, et al.,** | § | |
| | § | |
| *Defendants*. | § | |

---

## ORDER

---

Before the Court is *Plaintiffs' Unopposed Motion to Withdraw Rebecca Webber as Counsel*.

The Court finds said motion meritorious.

Accordingly, the Court **GRANTS** the motion, and **ORDERS** that Ms. Webber will be withdrawn as counsel for Plaintiffs. The Clerk is**INSTRUCTED** to update the docket to remove Ms. Webber as counsel for Plaintiffs.

Dated:    January 27th,   2026.

_____

David Alan Ezra
Senior United States District Judge