IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HEILRAYNE, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | No. 1:25-CV-00640-DAE |
| UNIVERSITY OF TEXAS, ET AL., | § § § | |
| *Defendants*. | § | |

### ORDER GRANTING DEFENDANTS JIM DAVIS'S AND KEVIN ELTIFE'S UNOPPOSED MOTION TO STAY

Before the Court is Defendants Jim Davis's and Kevin Eltife's Unopposed Motion to Stay. Having considered the motion and any responses and replies, the Court is of the opinion that said Motion is meritorious and should be **GRANTED**. (Dkt. # 68.)

Therefore, it is hereby **ORDERED** that all proceedings before the Court are stayed pending the resolution of the appeal filed at the Fifth Circuit Court of Appeals. However, Defendants' Motion for Reconsideration, filed on February 18, 2026, remains pending before the Court. (Dkt. # 66.)

SIGNED on March 3, 2026

_____
DAVID A. EZRA
Senior U.S. District Judge